914

ORDERS

No. 92–991. KAUBISCH ET AL. *v.* SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 92–992. LEWIS, PERSONAL REPRESENTATIVE OF THE ESTATE OF LEWIS, DECEASED, ET AL. *v.* UNITED STATES NAVY. C. A. 4th Cir. Certiorari denied.

No. 92–993. McCUE *v.* McCUE, PERSONAL REPRESENTATIVE OF THE ESTATE OF McCUE, DECEASED. Ct. App. Minn. Certiorari denied.

No. 92–997. McGUNNIGLE *v.* CALLAHAN, SUPERINTENDENT, McNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 92–998. RUSSELL *v.* BOARD OF TRUSTEES OF THE FIREMEN, POLICEMEN & FIRE ALARM OPERATORS' PENSION FUND OF DALLAS, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–999. SYKORA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1000. MALDONADO, PERSONAL REPRESENTATIVE OF THE ESTATE OF MALDONADO, DECEASED *v.* JOSEY, PERSONAL REPRESENTATIVE OF THE ESTATE OF BERRY. C. A. 10th Cir. Certiorari denied.

No. 92–1001. PACIFIC ERECTORS, INC., ET AL. *v.* BRINDERSON-NEWBERG JOINT VENTURE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1004. COWHIG *v.* STONE, SECRETARY OF THE ARMY, ET AL. C. A. 1st Cir. Certiorari denied.

No. 92–1006. SPRAGUE ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN (GENERAL MOTORS CORP., REAL PARTY IN INTEREST). C. A. 6th Cir. Certiorari denied.

No. 92–1007. CARLTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.